UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES ALONGI, SHARI ALONGI,
and ANTHONY ALONGI,

    Plaintiffs,

v.                                  Case No. 12-13374

BOMBARDIER RECREATIONAL
PRODUCTS, INC., BRP-US, INC.,
d/b/a/ SEA-DOO, and CHARTIER
HOLDINGS, INC., d/b/a/ GRACE
PERFORMANCE MARINE,

    Defendants.
                                       /

## JUDGMENT

In accordance with the court's "Order of Dismissal" dated April 16, 2013,

IT IS ORDERED AND ADJUDGED that the case is dismissed with prejudice and without costs to Defendant Chartier Holdings, Inc., d/b/a/ Grace Performance Marine, and Plaintiffs Charles Alongi, Shari Alongi, and Anthony Alongi  and in. accordance with the court's "Opinion and Order" dated February 27, 2013,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Bombardier Recreational Products, Inc., and BRP-US, Inc., d/b/a/ Sea-Doo.  Dated at Detroit, Michigan, this 16th day of April 2013.

                                              DAVID J. WEAVER
                                              CLERK OF COURT
                                              s/ Lisa Wagner
                                            By:  Lisa Wagner, Case Manager
                                               to Judge Robert H. Cleland